## AFFIDAVIT OF PROCESS SERVER

United States District Court for the District of Columbia

**Federal Trade Commission, et al**

Plaintiff(s),

vs.

**Staples, Inc., et al**

Defendant(s).

Attorney: Eric J. Wilson

Godfrey & Kahn, S.C.
One East Main St., #500
Madison WI 53703


*101094*

**Case Number: 1:15-cv-02115-EGS**

Legal documents received by Same Day Process Service, Inc. on **02/03/2016** at **6:15 PM** to be served upon **CRA International, Inc., by serving CSC at 84 State Street, Suite 660, Boston, MA 02109**

I, **Mike Noble**, swear and affirm that on **February 04, 2016** at **2:00 PM**, I did the following:

Served **CRA International, Inc., by serving CSC** by delivering a conformed copy of the **Business Correspondence Dated February 3, 2016; Notice of Subpoena of CRA International, Inc.; Subpoena to Testify at a Deposition in a Civil Action; Witness Check for $40.00; Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action; Attachment A; [Proposed] Protective Order to Bernardo Montanez as Customer Service Representative & Authorized Agent of CRA International, Inc., by serving CSC at 84 State Street, Suite 660, Boston, MA 02109**.

**Description of Person Accepting Service:**
Sex: Male Age: 42 Height: 5'9"-6'0" Weight: 161-200 lbs Skin Color: Hispanic Hair Color: Brown

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____  2/4/16

Mike Noble
Process Server

Same Day Process Service, Inc.
1413 K St., NW, 7th Floor
Washington DC 20005

(202)-398-4200

Internal Job ID: **101094**


EXHIBIT D