# Sweeney, Brenda

| | |
|---|---|
| **From:** | "Spahn, Brian" |
| **Sent:** | Thursday, February 18, 2016 11:17 AM |
| **To:** | 'Yellin, Jonathan' |
| **Subject:** | RE: FTC v. Staples and Office Depot -- Subpoena on CRA |

Jonathan,

In follow-up to our Tuesday call, please let me know if you're available to check-in this afternoon regarding the issues we discussed. In the alternative to a call, please let me know a date in which you anticipate getting information from your financial administrative staff regarding CRA's annual office product spend; the amount and/or percentage of off-contract spend; and information related to CRA's RFP process. Again, I understand that CRA has its earnings call tomorrow.

Thank you.


Brian Spahn
Attorney


780 North Water Street
Milwaukee, Wisconsin 53202-3590
TEL • 414.273.3500
DIR • 414.287.9314
FAX • 414.273.5198
EMAIL • bspahn@gklaw.com
WWW • GKLAW.COM

**Pursuant to Circular 230 promulgated by the Internal Revenue Service, if this email, or any attachment hereto, contains advice concerning any federal tax issue or submission, please be advised that it was not intended or written to be used, and that it cannot be used, for the purpose of avoiding federal tax penalties unless otherwise expressly indicated.

This is a transmission from the law firm of Godfrey & Kahn, S.C. and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at our telephone number (414) 273-3500.**

Please consider the environment before printing this e-mail

**From:** Yellin, Jonathan [mailto:JYellin@crai.com]
**Sent:** Tuesday, February 16, 2016 1:41 PM
**To:** Spahn, Brian
**Subject:** Re: FTC v. Staples and Office Depot -- Subpoena on CRA

Brian- please find CRA's response to the subpoena. Happy to discus at 330, but may need to push a bit later based on current timing issue. I will let you know. Regards, Jonathan



Jonathan D. Yellin

Vice President and General Counsel
Charles River Associates
John Hancock Tower, T-9
200 Clarendon Street
Boston, MA 02116



1

Direct Dial (617) 425-3198
Cell (617) 792-9196
Fax (617) 425-3736

www.crai.com

This electronic message and any attachments hereto contains information from the consulting firm of Charles River Associates, which may be confidential or privileged. If you have received this electronic transmission in error, please notify us immediately via telephone (+1-617-425-3582) or via e-mail (postmaster@crai.com) and permanently delete the original and any copy of this e-mail, and destroy printout(s).

**From:** "Spahn, Brian" <BSpahn@gklaw.com>
**Date:** Tuesday, February 16, 2016 at 11:57 AM
**To:** Jonathan Yellin <jyellin@crai.com>
**Subject:** RE: FTC v. Staples and Office Depot -- Subpoena on CRA

Jonathan,

Please let me know if there is a time this afternoon that you're available to follow-up on the items we discussed last Friday. Thank you.

Brian Spahn
Attorney

780 North Water Street
Milwaukee, Wisconsin 53202-3590
TEL • 414.273.3500
DIR • 414.287.9314
FAX • 414.273.5198
EMAIL • bspahn@gklaw.com
WWW • GKLAW.COM

**Pursuant to Circular 230 promulgated by the Internal Revenue Service, if this email, or any attachment hereto, contains advice concerning any federal tax issue or submission, please be advised that it was not intended or written to be used, and that it cannot be used, for the purpose of avoiding federal tax penalties unless otherwise expressly indicated.

This is a transmission from the law firm of Godfrey & Kahn, S.C. and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at our telephone number (414) 273-3500.**

Please consider the environment before printing this e-mail

**From:** "Spahn, Brian"
**Sent:** Wednesday, February 10, 2016 9:13 AM
**To:** 'Yellin, Jonathan'
**Subject:** RE: FTC v. Staples and Office Depot -- Subpoena on CRA

Jonathan – Please let me know if you're available for 20 minutes today. Given that the subpoena was served on February 4 and has a 10-day return date, I'm concerned about waiting until Friday. While I certainly wish to respect your schedule if you cannot discuss this until Friday, I look forward to having a productive discussion at that time about CRA's response.

Please let me know.

Brian Spahn
Attorney

780 North Water Street
Milwaukee, Wisconsin 53202-3590
TEL • 414.273.3500
DIR • 414.287.9314
FAX • 414.273.5198
EMAIL • bspahn@gklaw.com
WWW • GKLAW.COM

**Pursuant to Circular 230 promulgated by the Internal Revenue Service, if this email, or any attachment hereto, contains advice concerning any federal tax issue or submission, please be advised that it was not intended or written to be used, and that it cannot be used, for the purpose of avoiding federal tax penalties unless otherwise expressly indicated.

This is a transmission from the law firm of Godfrey & Kahn, S.C. and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at our telephone number (414) 273-3500.**

Please consider the environment before printing this e-mail

**From:** Spahn, Brian
**Sent:** Tuesday, February 09, 2016 3:59 PM
**To:** 'Yellin, Jonathan'
**Subject:** RE: FTC v. Staples and Office Depot -- Subpoena on CRA

Thanks, Jonathan. While I can make Friday work if that's the soonest you're available, is there any time that would work for you tomorrow? I do not anticipate our conversation taking any longer than 20-25 minutes.

Thank you.

Brian Spahn
Attorney

780 North Water Street
Milwaukee, Wisconsin 53202-3590
TEL • 414.273.3500
DIR • 414.287.9314
FAX • 414.273.5198
EMAIL • bspahn@gklaw.com
WWW • GKLAW.COM

**Pursuant to Circular 230 promulgated by the Internal Revenue Service, if this email, or any attachment hereto, contains advice concerning any federal tax issue or submission, please be advised that it was not intended or written to be used, and that it cannot be used, for the purpose of avoiding federal tax penalties unless otherwise expressly indicated.

This is a transmission from the law firm of Godfrey & Kahn, S.C. and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at our telephone number (414) 273-3500.**

 Please consider the environment before printing this e-mail

**From:** Yellin, Jonathan [mailto:JYellin@crai.com]
**Sent:** Tuesday, February 09, 2016 3:48 PM
**To:** Spahn, Brian
**Subject:** Re: FTC v. Staples and Office Depot -- Subpoena on CRA

Brain- this has been a very busy week. How does your Friday look. Jonathan

Jonathan D. Yellin

Vice President and General Counsel
Charles River Associates
John Hancock Tower, T-9
200 Clarendon Street
Boston, MA 02116
Direct Dial (617) 425-3198
Cell (617) 792-9196
Fax (617) 425-3736

www.crai.com

This electronic message and any attachments hereto contains information from the consulting firm of Charles River Associates, which may be confidential or privileged. If you have received this electronic transmission in error, please notify us immediately via telephone (+1-617-425-3582) or via e-mail (postmaster@crai.com) and permanently delete the original and any copy of this e-mail, and destroy printout(s).

**From:** "Spahn, Brian" <BSpahn@gklaw.com>
**Date:** Tuesday, February 9, 2016 at 12:42 PM
**To:** "'jyellin@crai.com'" <'jyellin@crai.com'>
**Subject:** RE: FTC v. Staples and Office Depot -- Subpoena on CRA

Mr. Yellin,

Please let me know if you are available today or tomorrow to discuss the subpoena that has been served on CRA. In the alternative, if there is someone else I should contact to discuss this matter, please let me know.

Thank you.

Brian Spahn

Brian Spahn
Attorney

780 North Water Street
Milwaukee, Wisconsin 53202-3590
TEL • 414.273.3500
DIR • 414.287.9314
FAX • 414.273.5198
EMAIL • bspahn@gklaw.com
WWW • GKLAW.COM

**Pursuant to Circular 230 promulgated by the Internal Revenue Service, if this email, or any attachment hereto, contains advice concerning any federal tax issue or submission, please be advised that it was not intended or written to be used, and that it cannot be used, for the purpose of avoiding federal tax penalties unless otherwise expressly indicated.

This is a transmission from the law firm of Godfrey & Kahn, S.C. and may contain information which is privileged, confidential, and protected by the attorney-

client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at our telephone number (414) 273-3500.**

Please consider the environment before printing this e-mail

**From:** "Spahn, Brian"
**Sent:** Friday, February 05, 2016 1:13 PM
**To:** 'jyellin@crai.com'
**Subject:** RE: FTC v. Staples and Office Depot -- Subpoena on CRA

Mr. Yellin,

I am following-up on my email from yesterday. My understanding is that CRA has now been served with the subpoena I sent to you yesterday. Please let me know when you have time to discuss.

Thank you,

Brian

Brian Spahn
Attorney



780 North Water Street
Milwaukee, Wisconsin 53202-3590
TEL • 414.273.3500
DIR • 414.287.9314
FAX • 414.273.5198
EMAIL • bspahn@gklaw.com
WWW • GKLAW.COM

**Pursuant to Circular 230 promulgated by the Internal Revenue Service, if this email, or any attachment hereto, contains advice concerning any federal tax issue or submission, please be advised that it was not intended or written to be used, and that it cannot be used, for the purpose of avoiding federal tax penalties unless otherwise expressly indicated.

This is a transmission from the law firm of Godfrey & Kahn, S.C. and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at our telephone number (414) 273-3500.**

Please consider the environment before printing this e-mail

**From:** "Spahn, Brian"
**Sent:** Thursday, February 04, 2016 9:51 AM
**To:** 'jyellin@crai.com'
**Subject:** FTC v. Staples and Office Depot -- Subpoena on CRA

Mr. Yellin,

It is my understanding that you are General Counsel for CRA. I am co-counsel for Office Depot in connection with the proceedings brought against Office Depot and Staples by the Federal Trade Commission, and currently pending in federal district court in the District of Columbia.

I'm reaching out to you as a courtesy to inform you that the attached subpoena has been served, or soon will be, on the registered agent for CRA. My hope is that we can discuss a response to the subpoena that accommodates CRA while taking into account the exigencies of the litigation.

Can you please let me know when you might have time to discuss?

Best regards,

Brian Spahn

Brian Spahn
Attorney

780 North Water Street
Milwaukee, Wisconsin 53202-3590
TEL • 414.273.3500
DIR • 414.287.9314
FAX • 414.273.5198
EMAIL • bspahn@gklaw.com
WWW • GKLAW.COM

\*\*Pursuant to Circular 230 promulgated by the Internal Revenue Service, if this email, or any attachment hereto, contains advice concerning any federal tax issue or submission, please be advised that it was not intended or written to be used, and that it cannot be used, for the purpose of avoiding federal tax penalties unless otherwise expressly indicated.

This is a transmission from the law firm of Godfrey & Kahn, S.C. and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at our telephone number (414) 273-3500.\*\*

Please consider the environment before printing this e-mail

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

This electronic message and its attachments contain information from the consulting firm of Charles River Associates that may be confidential or privileged. If you are not the intended recipient we ask that you notify us immediately via reply e-mail and delete or destroy this message and any copies of it. Thank you for your cooperation.

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com