## Spahn, Brian

**From:** Spahn, Brian
**Sent:** Friday, March 04, 2016 9:56 AM
**To:** jyellin@crai.com
**Subject:** RE: status

Jonathan,

Given the continued delay since Office Depot served its subpoena on CRA and CRA's inability to commit as to whether it will produce responsive information to the narrowed categories we have previously discussed, Office Depot will be filing its motion to compel in the U.S. District Court of Massachusetts today. Given your inability to make the necessary inquiry regarding responsive information and documents – even with the narrowed Subpoena and several extensions, Office Depot has no choice but to file a motion to compel.

Thank you,

Brian Spahn

Brian Spahn
Attorney

**GODFREY KAHN s.c.**
780 North Water Street
Milwaukee, Wisconsin 53202-3590
TEL • 414.273.3500
DIR • 414.287.9314
FAX • 414.273.5198
EMAIL • bspahn@gklaw.com
WWW • GKLAW.COM

**Pursuant to Circular 230 promulgated by the Internal Revenue Service, if this email, or any attachment hereto, contains advice concerning any federal tax issue or submission, please be advised that it was not intended or written to be used, and that it cannot be used, for the purpose of avoiding federal tax penalties unless otherwise expressly indicated.

This is a transmission from the law firm of Godfrey & Kahn, S.C. and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at our telephone number (414) 273-3500.**

 Please consider the environment before printing this e-mail

**From:** Yellin, Jonathan [mailto:JYellin@crai.com]
**Sent:** Tuesday, March 01, 2016 1:09 PM
**To:** Spahn, Brian
**Subject:** status

Brian- as you will have noted our 10K has not been filed as of today. I will let you know once it is filed this week. Thank you

Jonathan D. Yellin
Vice President and General Counsel
Charles River Associates
John Hancock Tower, T-9

1



200 Clarendon Street
Boston, MA 02116
Direct Dial (617) 425-3198
Cell (617) 792-9196
Fax (617) 425-3736
www.crai.com

This electronic message and any attachments hereto contains information from the consulting firm of Charles River Associates, which may be confidential or privileged. If you have received this electronic transmission in error, please notify us immediately via telephone (+1-617-425-3582) or via e-mail (postmaster@crai.com) and permanently delete the original and any copy of this e-mail, and destroy printout(s).

This electronic message and its attachments contain information from the consulting firm of Charles River Associates that may be confidential or privileged. If you are not the intended recipient we ask that you notify us immediately via reply e-mail and delete or destroy this message and any copies of it. Thank you for your cooperation.