UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, et al., | * | CASE NO.: 1:16-mc-91068 |
| Plaintiffs, | * | |
| v. | * | UNITED STATES DISTRICT COURT DISTRICT OF COLUMBIA |
| STAPLES, INC. and OFFICE DEPOT, INC., | * | Case No. 1:15-cv-02115 (EGS) |
| Defendants. | * | **DISCOVERY MATTER** |

### [PROPOSED] ORDER GRANTING OFFICE DEPOT, INC.'S MOTION TO COMPEL DISCOVERY FROM NON-PARTY CRA INTERNATIONAL, INC.

Before the Court is a Motion to Compel Discovery by Office Depot, Inc. ("Office Depot") from non-Party CRA International, Inc. ("CRA"), which seeks compliance with a subpoena for documents served on CRA dated February 3, 2016 (the "Subpoena") in connection with proceedings pending in the United States District Court for the District of Columbia..  Upon consideration of the motion and any supporting and opposing briefing, and good cause having been shown, IT IS HEREBY ORDERED:

No later than 5:00 p.m. Eastern Standard Time on March 15, 2016, CRA is ORDERED to produce to Office Depot:

1) Documents sufficient to show CRA's annual spend on Relevant Products (as defined in the Subpoena) for years 2012 through 2015, and the breakdown of that spend by location and supplier *other than Staples*; and

2) Documents related to CRA's most recent request for proposal ("RFP") process for the purchase of Relevant Products.

CRA must produce all documents responsive to the above categories at the office of Cooke Clancy & Gruenthal LLP at One Liberty Square in Boston, Massachusetts.

SO ORDERED.

DATED: March ___, 2016.        /s_____
                                United States Magistrate Judge
                                District of Massachusetts

15354045.1

1535045.2